UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-05018-SVW-BFM | Date | September 11, 2026 |
| Title | *Ricardo Palacios Copalcua v. Jaime Rios et al* | | |

| | |
|---|---|
| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |

| | |
|---|---|
| Daniel Tamayo | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** ORDER DENYING PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER [3]

Before the Court is Petitioner Ricardo Palacios Copalcua's motion for a temporary restraining order. ECF No. 3. The Central District of California's General Order No. 26-05 articulated an expedited briefing schedule for immigration-related habeas corpus actions. This scheduling order was "intended to provide a prompt resolution to habeas petitions and reduce the contemporaneous filing of applications for a temporary restraining order." Petitioner has not shown through a declaration that this is a case "where the petitioner alleges imminent, irreparable harm that cannot be addressed by the standard scheduling order." Thus, for the foregoing reasons, Petitioner's motion is DENIED.

:

Initials of Preparer DTA